In the Matter of Frank M. Hardenbrook, an Attorney.— Application denied. Order to be settled on notice.

Sarah H. Emerson, Appellant, v. William McAdoo, Chief Magistrate of the City Magistrates' Court, and Others, Respondents.— Order affirmed. No opinion.

J. Ogden Armour, Respondent, v. Sound Shore Front Improvement Company, Appellant.— Judgment affirmed, with costs, on the opinion of the court below. (Reported in 71 Misc. Rep. 253.) Settle order on notice.

In the Matter of the Petition of William S. Reynolds and Others, Appellants, on Behalf of Themselves and of All Other Citizens of the State of New York who Shall Join in and Contribute to the Expense of These Proceedings, to Review the Present Apportionment of the State into Senate and Assembly Districts. George H. Cobb, as Temporary President of the Senate of the State of New York, and Others, Respondents.— Appeal dismissed, without costs. No opinion.

Philip Katz, Respondent, v. J. A. Burns Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry W. Guernsey, Appellant, v. Charles Rubinger, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Supplementary Proceedings: First National Bank of the City of New York, Judgment Creditor, Appellant, v. William Gow, Judgment Debtor, Defendant. Artemas Ward, Witness, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Isidor Lerner, Appellant, v. Louise Tetrazzini, Respondent.— Judgment and order affirmed, with ten dollars costs and disbursements. No opinion.

Harlem Savings Bank, Respondent, v. Henry B. Heylman, Individually and as Executor, etc., of Harriet A. Heylman, Deceased, and Emma Adel Heylman, Appellants, Impleaded with Grace De Lancey.— Order affirmed, with ten dollars costs and disbursements. No opinion.